UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THOMAS SIKES,                          )   Case No. ED CV 14-0849-PJW
                                       )
            Plaintiff,                 )
                                       )   J U D G M E N T
      v.                               )
                                       )
CAROLYN W. COLVIN,                     )
ACTING COMMISSIONER OF THE             )
SOCIAL SECURITY ADMINISTRATION,        )
                                       )
            Defendant.                 )
_____)

      In accordance with the Memorandum Opinion and Order filed
herewith,

      IT IS HEREBY ADJUDGED that the decision of the Commissioner of
the Social Security Administration is affirmed and this action is
dismissed with prejudice.

      DATED: August 21, 2015

                                   _____
                                   PATRICK J. WALSH
                                   UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Social Security\SIKES, 849\Judgment.wpd